IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DENHAM, | No. CIV S-07-0968-LKK-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| D.K. SISTO, et al., | |
|     Respondents. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the denial of parole.

       In light of the complexity of the legal and factual issues involved in this case, the court sua sponte determines that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Appointed counsel should contact the Clerk's Office to obtain a copy of the court's file. The parties will be provided an opportunity to file supplemental briefs addressing the merits of this case.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court sua sponte appoints the Federal Defender to represent petitioner;

2. The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus application (Doc. 1) and a copy of this order on Carolyn Wiggin, Assistant Federal Defender;

3. Within 60 days of the date of this order, petitioner may file a supplemental merits brief;

4. Within 30 days after the date of service of petitioner's supplemental brief, if any, respondent may file a supplemental merits brief; and

5. Within 30 days after the date of service of respondent's brief, if any, petitioner may file a reply.

DATED: April 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE