**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOE DENHAM,                                              No. CIV S-07-0968-LKK-CMK-P

        Petitioner,

    vs.                                                     <u>ORDER</u>

D.K. SISTO, et al.,

        Respondents.

_____/

        Petitioner brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 20).  On April 20, 2008, the court appointed counsel to represent petitioner in this matter and ordered any additional briefing to be filed within 60 days.  Petitioner now seeks a 30-day extension of that deadline.  Good cause appearing therefor, this request is granted.  Petitioner shall have to and including July 30, 2008 to file his supplemental briefing.

        IT IS SO ORDERED.

 DATED:  July 2, 2008

                                  _____
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE